✓FILED____LODGED
____RECEIVED____COPY

2020 NOV 12 P 4: 39

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona
   RAQUEL ARELLANO
3  Assistant U.S. Attorney
   State Bar No. 011796
4  United States Courthouse
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701
   Telephone:  520-620-7300
6  Email: raquel.arellano@usdoj.gov
   Attorneys for Plaintiff
7
8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF ARIZONA

10  United States of America,                **CR20-02516 TUC-JCH(DTF)**

11              Plaintiff,                        **I N D I C T M E N T**

12                                          Violations:
        vs.                                      21 U.S.C. § 846
13                                               (Conspiracy to Possess with Intent to
                                                 Distribute Methamphetamine)
14   1. Timothy Wade Warnke,                     Count 1
     2. Carla Giselle Welch,
15                                               21 U.S.C. §§ 841(a)(1) and
     (Counts 1 through 4 both defendants)        841(b)(1)(A)(viii)
16                                               (Possession with Intent to Distribute
              Defendants.                        Methamphetamine)
17                                               Count 2

18                                               21 U.S.C. § 963
19                                               (Conspiracy to Import
                                                 Methamphetamine)
20                                               Count 3

21                                               21 U.S.C. § 952(a) and §§ 960(a)(1)
                                                 and 960(b)(1)(H)
22                                               (Importation of Methamphetamine)
                                                 Count 4
23

24  **THE GRAND JURY CHARGES:**

25                              **COUNT 1**

26       Beginning at a time unknown, to on or about May 20, 2020, in the District of

27  Arizona, TIMOTHY WADE WARNKE and CARLA GISELLE WELCH, named herein

28  as defendants and co-conspirators, did knowingly and intentionally combine, conspire,

1   confederate and agree together and with other persons known and unknown to the grand
2   jury, to possess with intent to distribute 50 grams or more of methamphetamine, or 500
3   grams or more of a mixture or substance containing a detectable amount of
4   methamphetamine, a Schedule II controlled substance; in violation of Title 21, United
5   States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

6        All in violation of Title 21, United States Code, Section 846.

7                              **COUNT 2**

8        On or about May 20, 2020, in the District of Arizona, TIMOTHY WADE
9   WARNKE and CARLA GISELLE WELCH did knowingly and intentionally possess with
10  intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a
11  mixture or substance containing a detectable amount of methamphetamine, a Schedule II
12  controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and
13  841(b)(1)(A)(viii).

14                             **COUNT 3**

15       Beginning at a time unknown, to on or about May 20, 2020, in the District of
16  Arizona, TIMOTHY WADE WARNKE and CARLA GISELLE WELCH did knowingly
17  and intentionally combine, conspire, confederate and agree together and with other persons
18  known and unknown to the Grand Jury, to import into the United States from the Republic
19  of Mexico 50 grams or more of methamphetamine, or 500 grams or more of a mixture or
20  substance containing a detectable amount of methamphetamine, a Schedule II controlled
21  substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and
22  960(b)(1)(H).

23       All in violation of Title 21, United States Code, Section 963.

24                             **COUNT 4**

25       On or about May 20, 2020, in the District of Arizona, TIMOTHY WADE
26  WARNKE and CARLA GISELLE WELCH did knowingly and intentionally import into
27  the United States from the Republic of Mexico 50 grams or more of methamphetamine, or
28  500 grams or more of a mixture or substance containing a detectable amount of

*United States of America v. Timothy Wade Warnke, et al.*
*Indictment Page 2 of 3*

1   methamphetamine, a Schedule II controlled substance; in violation of Title 21, United

2   States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(H).

3                                   A TRUE BILL

4                                      / S /

5                          _____
                           FOREPERSON OF THE GRAND JURY
6                          Date:

7   MICHAEL BAILEY
    United States Attorney
8   District of Arizona

9        / S /

10  _____
    RAQUEL ARELLANO
11  Assistant U.S. Attorney

                                              NOV 1 2 2020

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States of America v. Timothy Wade Warnke, et al.*
*Indictment Page 3 of 3*